UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

MILAGROS SENIOR, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

    Plaintiff,

  v.

BROWN UNIVERSITY,

    Defendant.

----------------------------------------x

No.: 1:22-cv-8177

ECF CASE

**Stipulation of Dismissal**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MILAGROS SENIOR, and Defendant, BROWN UNIVERSITY, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   June 7, 2023

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

**DENTONS US LLP (NY)**

_____
Karla Del Pozo Garcia, Esq.
1221 Avenue Of The Americas
New York, NY 10020
Phone: 212-768-5328
Fax:
Karla.Delpozogarcia@dentons.Com